H. M. HACKWORTH, Adm'r of Estate of Homer Hackworth, Deceased, Appellant, v. CHESAPEAKE & OHIO RAILWAY COMPANY, Appellee.

No. 10388.

Circuit Court of Appeals, Sixth Circuit.

April 11, 1947.

John L. Smith, of Catlettsburg, Ky., and F. C. Malin, of Ashland, Ky., for appellant.

LeWright Browning, of Ashland, Ky., for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause has been heard and considered upon the record and upon the briefs and oral arguments of attorneys for the respective parties; and it appearing from the full memorandum opinion of the district court filed July 23, 1946, overruling the motion of

the plaintiff (now appellant) for a new trial, that the district court properly directed the jury to find for the defendant in the light of the Kentucky authorities applied to the facts in evidence, the judgment of the district court is affirmed.